**Profetiza Pelayo LACANILAO, Appellant,**

v.

**IMMIGRATION AND NATURALIZA-
TION SERVICE et al., Appellee.**

**No. 72-2258.**

United States Court of Appeals,
Ninth Circuit.

Nov. 22, 1972.

David C. Marcus, Los Angeles, Cal.,
for appellant.

Henry E. Peterson, Asst. Atty. Gen.,
Crim. Div., Dept. of Justice, Washington,
D. C., George K. Rosenberg, Dist. Di-
rector, I. & N. Service, Los Angeles,
Cal., Joseph Surreck, Regional Counsel,
I. & N. Service, San Pedro, Cal., Stephen
Suffin, Atty., I. & N. Service, San Fran-
cisco, Cal., William D. Keller, U. S. Atty.,
Frederick M. Brosio, Jr., and John E.
Nordin, Asst. U. S. Attys., Los Angeles,
Cal., for appellee.

Before HUFSTEDLER, TRASK, and
GOODWIN, Circuit Judges.

PER CURIAM:

Profetiza Pelayo Lacanilao appeals a
district court judgment denying relief
upon review of an order of deportation.
The only issue is whether the decision
and order of the District Director of the
Immigration and Naturalization Service
constituted an abuse of discretion.

On January 19, 1968, appellant entered
the United States as a nonimmigrant
visitor, authorized to stay for two
months. Ten days later she applied for a
social security number, and accepted em-
ployment in a Los Angeles hospital. She
has been resisting deportation since De-
cember 11, 1968.

We do not reach the many compassion-
ate arguments that might be made on
behalf of gifted, industrious, and am-
bitious persons seeking admission to the
United States. On the only question be-
fore us, we cannot say that the adminis-
trative decision was an abuse of discre-
tion. The district court correctly limited
the scope of its review, and its judgment
must be affirmed.

Affirmed.